# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JOHN BLAKESLEE,
    Plaintiff,

    v.                                              C.A. No. 14-187 S

RICHARD ST. SAUVEUR, JR., in his
capacity as Chief of the Police
Department of the Town of
Smithfield, Rhode Island;
RANDY R. ROSSI, in his capacity
as Finance Director for the Town
of Smithfield, Rhode Island; and
PETER KILMARTIN, in his capacity
as Attorney General for the State
of Rhode Island,
    Defendants.

## JUDGMENT

[   ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Pursuant to the October 7th, 2014 Order granting Plaintiff's Motion for Summary Judgment (ECF #17), judgment hereby enters for the Plaintiff John Blakeslee and against Defendants Richard St. Sauveur, Jr., Randy R. Rossi, and Peter Kilmartin.

    Enter:

    /s/ Ryan H. Jackson
    _____
    Deputy Clerk

Dated: October 7th, 2013