# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN BLAKESLEE,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>RICHARD ST. SAUVEUR, JR.,<br>in his capacity as Chief of the<br>Police Department of the Town<br>of Smithfield, Rhode Island;<br>RANDY R. ROSSI, in his capacity<br>as the Finance Director for the Town<br>of Smithfield, Rhode Island;<br>and PETER KILMARTIN, in his<br>capacity as Attorney General for the<br>State of Rhode Island,<br><br>　　　　　Defendants | C.A. No. 14-00187-S-LDA |

## CONSENT ORDER

This Court having granted Plaintiff's Motion for Summary Judgment in a Memorandum and Order dated October 7, 2014 (ECF No. 17), and having entered Judgment in favor of Plaintiff on that same date (ECF No. 18), and the undersigned parties having reached agreement on the payment of certain costs and fees, it is hereby

## ORDERED

that:

　　　　1.　　In lieu of a fee petition or bill of costs by or on behalf of Plaintiff as the prevailing party, the Defendants in this action have agreed to pay certain costs and fees as set forth herein.

　　　　2.　　Within thirty (30) days of the entry of this Order, the Town of Smithfield and the Attorney General of the State of Rhode Island shall each make payment to Plaintiff's counsel in the amount of $2,017.50, for a total of $4,035.00.  This shall be deemed full satisfaction of any

AM 39245782.1

amounts due or owing to Plaintiff for attorneys' fees or costs incurred in connection with the successful pursuit of this matter.

ENTER:                                                          ORDER:

_____                              _____

**AGREED TO IN SUBSTANCE AND IN FORM:**

JOHN BLAKESLEE

By his Attorneys,

*/s/ Mark W. Freel*
Mark W. Freel (# 4003)
Cooperating Attorney, American Civil Liberties Union of Rhode Island
EDWARDS WILDMAN PALMER LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611  (fax)


RICHARD ST. SAUVEUR, JR. and
RANDY R. ROSSI

By their Attorneys,

*/s/ Edmund L. Alves, Jr.*
Edmund L. Alves, Jr. (#1911)
Mary Cavanagh Dunn (#6712)
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903


PETER KILMARTIN

By his Attorneys,

*/s/ Thomas A. Palombo*
Thomas A. Palombo (#4212)
Office of Attorney General
150 S. Main Street
Providence, RI 02903

-2-